ROY SCHERICK, Respondent, v. THE M. L. IMPROVEMENT CORPORATION, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KATIE BAUMAN, Respondent, v. ABRAHAM H. BAUMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ADELE HIRSCH, Respondent, v. FLORA CAHAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CAMILLE B. BROCK, Respondent, v. WARREN FILM Co., INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN H. EGGERS Co., INC., Respondent, v. THE O. B. BRUSH CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GEORGE TRAUTMAN and Another, Composing the Firm of TRAUTMAN & ACHA, Respondents, v. EDWARD E. MARSHALL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

BEVERLY D. HARRIS, Appellant, v. ELEANOR E. L. HARRIS, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of Petition of DON M. KELLEY and Others, Appellants, for an Order Directing that an Arbitration Proceed in the Manner Provided in a Contract, etc. FREDERICK R. BAUER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

PRODUCING MANAGERS' ASSOCIATION, INC., Appellant, v. JOHN EMERSON, as President of ACTORS' EQUITY ASSOCIATION, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ELIZABETH McCOLGAN, Appellant, v. HARRY DODDS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ELLEE J. LOVELACE, Respondent, v. NELLIE ROACH, Appellant.— Resettled order reversed; original order reinstated as modified by striking out the words " upon payment to the plaintiff of the sum of $100," and as so modified affirmed, without costs; amended answer to be served within ten days; otherwise, motion for leave to serve amended answer denied. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.